# Exhibit A

County Court-at-Law 3

## Case Summary

### Case No. 2022CV05426

**MICHAEL J HOLMES VS MVM INC.**
§
§
§

Location: **County Court-at-Law 3**
Judicial Officer: **County Court-at-Law, 3**
Filed on: **11/07/2022**

---

## Case Information

Case Type: DISCRIMINATION
Case Status: **11/07/2022   Pending**

---

## Assignment Information

**Current Case Assignment**
Case Number      2022CV05426
Court            County Court-at-Law 3
Date Assigned    11/07/2022
Judicial Officer County Court-at-Law, 3

---

## Party Information

**Defendant**   **MVM INC.**

---

## Events and Orders of the Court

| | |
|---|---|
| 11/07/2022 | New Cases Filed (OCA) |
| 11/07/2022 | PLAINTIFF ORIGINAL PETITION |
| 11/07/2022 | REQUEST FOR SERVICE AND PROCESS<br>*CITATION CERTIFIED MAIL* |
| 11/07/2022 | NOTICE OF HEARING<br>*JURY - APRIL 10, 2023* |
| 11/10/2022 | **Citation**<br>MVM INC.<br>Unserved<br>Anticipated Server: United States Postal Service |
| 11/10/2022 | CITATION<br>*MAILED CERTIFIED 9414 8149 0226 3913 3509 50* |
| 11/23/2022 | PLAINTIFF CORRESPONDING LETTERS<br>*POSITION STATEMENT* |
| 11/23/2022 | REQUEST<br>*PICKED UP COPY OF CITATION AND CASE SUMMARY* |
| 12/21/2022 | **Set A.D.R. Docket**  (10:00 AM)  (Judicial Officer: DAVIS, J. FRANK) |
| 04/10/2023 | **Set Jury Docket**  (9:00 AM)  (Judicial Officer: County Court-at-Law, 10) |

Michael J. Holmes

335 Kemper Street

San Antonio, TX 78207

(626) 373-4331

Plaintiff Pro Se Litigant

Case No: **2022CV05426**

*County*

Bexar County ~~District~~ Courts

100 Dolorosa Street

San Antonio TX, 78205

Michael J. Holmes,

     Plaintiff

vs.

MVM INC.

     Defendant

## Plaintiffs Original Verified Petition

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff is a residence in the State of Texas acting in pro per. The Plaintiff was employed as a subcontractor by the Defendant in San Antonio, Texas.

### A. Parties

1) The address for the Plaintiff is 335 Kemper Street, San Antonio TX 78207

2) The address for the Defendant is 44620 Guilford Dr., Suite 150, Ashburn, VA 20147

### B. Nature Of Claim

This suit is brought against the Defendant for violating Title VII of the Civil Rights Act of 1964 and

Chapter 21 Texas Labor Code.

### C. Jurisdiction

Curly

Bexar County ~~District~~ Courts have jurisdiction to hear and decide on this case.

### D. Claim

- While working as a subcontractor for the Defendant, the Plaintiff was interviewed by the Defendant for a permanent position with the Defendant. At the time of the interview there was not a requirement by the Defendant for the applicant to understand and speak Spanish. During the interview the Defendant asks if the Plaintiff "spoke Spanish", the Plaintiff stated "no" and the Defendant gave the Plaintiff three months to become fluent in Spanish. Before the interview was over the Defendant provided the Plaintiff with the Defendants business phone number, and the Defendant told the Plaintiff to stay in contact with the Defendant during the three months. Between July $21^{st\ 2021}$ and Augustus 9th 2021 the Plaintiff contacted the Defendant four times, the Plaintiff spoke to the Defendant three times and the Plaintiff emailed the Defendant with a update. When the Plaintiff contacted the Defendant on Augustus 9th, 2021 the Defendant stated the Defendant (supervisor of the Plaintiff) expressed that the Plaintiff was not eligible to be rehired. The Plaintiff contacted the Defendant and the Defendant responded, via text, that the Defendant did not make the statement.

- On July 14, 2021 the Defendant stated the Defendant cannot place the Plaintiff on any more trips until the Plaintiff signs the Defendants second NDA form. The Plaintiff submitted one

assignment incident report to the Defendant prior to the Defendant requiring the Plaintiff to sign the Defendants second NDA form.

### E.   Claim Of Discrimination based on the Plaintiffs race

- The Defendant has not required the Defendants subcontractor of another race to fulfill a qualification that was not listed (on that date) as a requirement (on the Defendants job posting for that position) in order to be qualified and hired for the position.

- The Defendant has not removed the Defendants subcontractor of a different race from working as a Travel Youth Care Worker because that subcontractor did not sign the exact (second) NDA the Plaintiff received (to continue working as a subcontractor for the Defendant).

- The Defendant has not required their subcontractor of a different race, to sign the sane (second) NDA the Plaintiff was asked to sign by the Defendant after the subcontractor of another race submitted an assignment incident report (of the same incident) to the Defendant.

### F.   Facts About The Plaintiffs Employment

The Plaintiff started working as a subcontractor on the Travel Youth Care Worker assignment on or around May 17th, 2021 after the Plaintiff signed the first NDA.

### G.   Discovery

This discovery will produce written documents and evidence by the Defendant and the Plaintiff that will show the Defendant racially discriminated against the Plaintiff by requiring different terms and conditions for the Plaintiffs employment.

### H.   Relief Sought

The Plaintiff is seeking punitive relief in the amount of $95,000.00.

### I.   Trial Setting

This will be a three day trial with a jury.

**Statement of Verification**

I have read the above petition and it is correct.

11/7/2022

Michael Holmes

335 Kemper Street

San Antonio, TX 78207

(626) 373-4331



FILED IN MY OFFICE
LUCY ADAME-CLARK
COUNTY
2022 NOV -7 AM 11: 10

## LUCY ADAME-CLARK
## BEXAR COUNTY CLERK
## 100 DOLOROSA, SUITE 104
## SAN ANTONIO, TEXAS 78205

| CIVIL SERVICE REQUEST FORM | |
|---|---|
| CASE NUMBER: 2022CV05426 | DATE: 11/7/2022 |

**ISSUANCE REQUESTED:**

| | |
|---|---|
| ☑ INITIAL CITATION ($8) | ☐ AMENDED PETITION ($8) |
| ☐ REISSUE ($8) | ☐ CITATION BY PUBLICATION (COURTHOUSE) ($30) |
| ☐ RULE 106 ($8) | ☐ CITATION BY PUBLICATION (HART BEAT) ($85) |

**TYPE OF SERVICE TO BE ISSUED:**

| | |
|---|---|
| ☐ PRIVATE PROCESS | ☐ OUT OF COUNTY |
| ☑ CERTIFIED MAIL ($85) | ☐ CONSTABLE'S OFFICE ($85) PRECINCT ____ (PLEASE INDICATE PRECINCT #) |

**1. PARTY TO BE SERVED:**

NAME: MVM Inc.

ADDRESS: 44620 @ Guilford Drive, Suite 150

| CITY: Ashburn | STATE: VA | ZIP: 20147 |
|---|---|---|
| ☐ HOLD FOR PICK-UP | ☐ MAIL TO CONTACT | |

**TYPE OF SERVICE TO BE ISSUED:**

| | |
|---|---|
| ☐ PRIVATE PROCESS | ☐ OUT OF COUNTY |
| ☑ CERTIFIED MAIL ($85) | ☐ CONSTABLE'S OFFICE ($85) PRECINCT ____ (PLEASE INDICATE PRECINCT #) |

**2. PARTY TO BE SERVED:**

NAME:

ADDRESS:

| CITY: | STATE: | ZIP: |
|---|---|---|
| ☐ HOLD FOR PICK-UP | ☐ MAIL TO CONTACT | |

**CONTACT INFORMATION:**

NAME: Michael J Holmes

PHONE NUMBER: (626) 373-4331

ADDRESS: 335 Kemper Street, San Antonio TX 78207

* PLEASE SUBMIT $1 PER PAGE OF PETITION PER DEFENDANT, THANK YOU *

FILED IN THE OFFICE
LUCY
COUNTY
CAUSE NO. 2022CV05426

2022 NOV -7 AM 11: 18

Michael J. Holmes
_____
Plaintiff(s)                          §          IN THE COUNTY COURT
                                       §
                                       §
VS.                                    §          AT LAW NO. 3
                                       §
MVM Inc.                               §
_____
Defendant(s)                           §          BEXAR COUNTY, TEXAS

## MOTION TO SET ON THE JURY & ADR DOCKET

Motion is now made that the above numbered and entitled cause be set for trial on
April 10th, 2023_____ on the Jury Docket. Motion is further made to set this case for
ADR Docket. The estimated length on trial is _3_ days.

Check type of case:                    Respectfully submitted,

_____ Auto Damages & Personal Injury   Attorney Name: Michael J. Holmes
_____ Appeal from JP Courts            Check One:     Atty for Plaintiff(s)_____
_____ Agreement                                       Atty for Defendant(s)_____
_____ Debt                             Address: 335 Kemper Street
_____ Damages                                   San Antonio, TX 78209
_____ Sworn Account                    _____
_____ Lease                            Tele: (626) 393 4331
_____ Note                             Fax:  (    )_____
_____ Personal Injury
__✓__ Other                            by: _____
(please specify: Discrimination based on race)   State Bar No: _____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### ORDER

The above-styled and numbered cause of action is SET FOR JURY TRIAL on the 10th,
day of April 10th_____, 2023 **at 9:30 a.m.** in the County Civil Presiding Courtroom,
County Court at Law No.(#3) #10 (circle one), Suite B.23, basement floor of the Bexar County
Courthouse, 100 Dolorosa, San Antonio, Texas 78205.

This case is also set on the ADR Docket for the 21st, day of December____, 2022
**at 10:00 a.m.,** in the Presiding ADR Court, County Court at Law No. _3_, Suite B-23,
basement floor of the Bexar County Courthouse, 100 Dolorosa, San Antonio, Texas 78205.

Signed this _7_ day of November, 2022.

/s/ Judge Rodriguez
PRESIDING JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Hearing (Fiat) has been duly served on the

8 day of November , 2022 , to the following:

Include information for each party to the lawsuit served with the document.

| Party Information & Method of Service | Check Method(s) of Delivery |
|---|---|
| Name: mvm Inc | |
| Address: 44620 Guilford Drive, Suite 150 Ashburn VA 20147 | ☒ Via Mail |
| Phone number: | ☐ Via Phone |
| Fax number: | ☐ Via Fax |
| E-mail: | ☐ Via E-mail |
| Date delivered: | |
| Misc: | |

| Party Information & Method of Service | Check Method(s) of Delivery |
|---|---|
| Name: | |
| Address: | ☐ Via Mail |
| Phone number: | ☐ Via Phone |
| Fax number: | ☐ Via Fax |
| E-mail: | ☐ Via E-mail |
| Date delivered: | |
| Misc: | |

| Party Information & Method of Service | Check Method(s) of Delivery |
|---|---|
| Name: | |
| Address: | ☐ Via Mail |
| Phone number: | ☐ Via Phone |
| Fax number: | ☐ Via Fax |
| E-mail: | ☐ Via E-mail |
| Date delivered: | |
| Misc: | |

I declare under penalty of perjury that the information in this Certificate of Service is true and correct.

Signed on 7th day of November 2022 in Bexar , County, Texas.

Signature of Person Providing Notice
Printed Name: Michael J. Holmes
Address: 335 Kemper Street San Antonio TX 78207
Phone number: (626) 373-4331
E-mail: mhø7ø582@yahoo.com

CERTIFIED MAIL

Case Number: 2022CV05426

MICHAEL J HOLMES                                          IN THE County Court-at-Law 3
vs.                                                      BEXAR COUNTY, TEXAS
MVM INC.
(Note: Attached Document May Contain Additional Litigants.)

## CITATION

The State of Texas
Directed To:   MVM INC.
               44620 GUILFORD DRIVE SUITE 150
               ASHBURN, VA 20147

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said petition was filed on the 11/07/2022.

ISSUED UNDER MY NAME AND SEAL OF SAID COURT ON THIS 10TH DAY OF NOVEMBER, 2022.

**MICHAEL J HOLMES**                                     **Lucy Adame-Clark**
**ATTORNEY FOR PLAINTIFF**                               **County Clerk of Bexar County, Texas**
**335 KEMPER ST**                                        **Bexar County Courthouse**
**San Antonio TX 78207**                                 **100 Dolorosa Suite 104**
                                                         **San Antonio, Texas 78205**

                                                         By:
                                                         **Diamond Vargas, Deputy**

MICHAEL J HOLMES                    **Officer's Return**        Case Number: 2022CV05426
VS                                                             Court: County Court-at-Law 3
MVM INC.

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION on the date of delivery endorsed and to _____ in person on the _____ day of _____, 20_____ at _____ o'clock _____ M. at _____ or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

                                                    _____ County, Texas
                                                    BY: _____
OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

                                                    _____
                                                    NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
_____
                                                    Declarant

# USPS Tracking®

**FAQs ›**

**Tracking Number:**

**Remove ✕**

## 9414814902263913350950

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:00 pm on November 15, 2022 in ASHBURN, VA 20147.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

ASHBURN, VA 20147
November 15, 2022, 12:00 pm

**See All Tracking History**

---

**Text & Email Updates**                                                          ⌄

---

**Return Receipt Electronic**                                                      ⌄

---

**USPS Tracking Plus®**                                                            ⌄

---

**Product Information**                                                            ⌄

**See Less ⌃**



**Littler Mendelson, P.C.**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931

Kathryn Blakey
214.880.8164 direct
214.880.8100 main
214.279.6216 fax
kblakey@littler.com

November 23, 2022

**BY E-FILETEXAS**

Lucy Adame-Clark
County Clerk, Civil Central Filing Department
BEXAR COUNTY COURTHOUSE
100 Dolorosa
San Antonio, TX  78205

Re:     Cause No. 2022CV05426
        *Michael J. Holmes v. MVM Inc.*

Dear Clerk:

By way of this letter, we are requesting a copy of the documents filed in the above-referenced matter. According to April with your court, the supervisor has approved that a copy of the citation/service can be provided to us.  The request should also include the case summary which lists the documents filed in this case to date.  We will have a courier pick up the documents, so please advise if they will be available for pick up today.

If you have any questions, please contact me, or my assistant Sandy McNeely at (214) 880-8146.

Sincerely,

Kathryn Blakey
Shareholder

KB/sm

4877-0142-4960.1 / 077115-1000

1

Michael J. Holmes                                         Case No:2022CV05426

335 Kemper Street

San Antonio, TX 78207

(626) 373-4331

Plaintiff Pro Se Litigant

Michael J. Holmes,                                        Bexar County Courts

                                                          100 Dolorosa Street

            Plaintiff                                     San Antonio TX, 78205

vs.

                                                          **Position Statement**

MVM INC.

            Defendant



Table of Contents

1. Three Applications Were Submitted...page 3-4

2. The Defendant did Not Receive The Plaintiffs Application Before May 17th, 2021...page
   5

3. Not Able To Be Rehired By the Defendant...page 5-7

4. Direct Message from the Plaintiffs Supervisor...page 7-8

5. Discrimination...page 9

6. No Spanish Question/s were Asked...page 9-14

7. Direct Contact with the Defendant...page 15-17

8. After The July 21st Interview... page 17

9. Temporary Duty Station Assignment Ended...page 20

10. Discrimination Based On Race...page 20-21

11. Three Reported Workplace Incidents... page 21

12. After Signing the First NDA...page 21

13. Direct Contact With The Defendant...page 22-24

14. The Old and New Job Requirements...page 25-49

15. Discrimination Based On Race...page 49-57

16. Work Assignments Received After July 15th, 2021...page 58-111

17. Command Center Request...page 112-113

18. Qualified For the Position...page 114

3

## Position Statement

### 15 Exhibits-Attached

### Hosea 12:6 Maintain love and justice.

---

**Three Applications Were Submitted**

The Plaintiff submitted three applications to the Defendant., one for their logistics position, and

two for their Travel Youth Care Worker Position that did not have being fluent in Spanish as a

requirement. (Exhibit 1).

4

Exhibit 1



7:41 ∞ 🖼 ▲                    🔋 🔊 📶 🔋

# Michael Holmes -
# Candidate Home

## My Tasks

No tasks to complete.

## Submitted Applications

3 items

| Job | Status | Actions |
| --- | --- | --- |
| Travel Youth Care Worker - ORR Pomona | Under consideration | Manag |
| Logistics Specialist | Under consideration | Manag |
| Travel Youth Care Worker | Under consideration | Manag |

Search for Jobs

|||          ○          ‹

**The Defendant did Not Receive The Plaintiffs Application Before May 17<sup>th</sup>, 2021**

The Plaintiff applied for the Travel Youth Care Worker Position after the Plaintiff was hired by Headway Workforce Solutions, and Delta-T Group as a subcontractor for the Defendant on or around May 16<sup>th</sup>, 2021. The Plaintiff did not know about the Defendant until May, 2021.

---

**Not Able To Be Rehired By the Defendant**

On August 9<sup>th</sup>, 2021 at approximately 11:00am the Plaintiff called the Defendant to provide a update regarding the Plaintiffs progress in becoming fluent in Spanish. The Plaintiff began the conversation with a complete sentence spoken in Spanish. The Defendant stated "Michael it sounds good, and thank you for sending the email (Exhibit 2),

(Exhibit 2: Email-the Plaintiff also applied to be a logistics specialist for the Defendant)

## Re: R-2100701 Logistics Specialist 

 **me**

To campbells@mvminc.com

Jul 30, 2021 at 8:18 AM

✎ 1 attachment

Gracias.  Me entrevistaron el 21 de julio de 2021. A amazing person named Ms. Campbell interviewed me for the TS position. and stated  that she enjoyed the interview and that in approximately 3 months I can call back once I have become fluent in Spanish.
He estado estudiando y memorizando las oraciones y frases y me encanta. This opportunity and possibility is amazing. I love being apart of such a amazing organization, where everyone's goal is to help, and inspire everyone. 1 world 1 family.

> Show original message

however your supervisor told us that you are not eligible to be rehired". The Plaintiff asked the Defendant " what is the reason that was given to you". The Defendant said "there was no reason provided".

---

### Direct Message from the Plaintiffs Supervisor

After the Plaintiffs phone call with the Defendant, the Plaintiff contacted n the Plaintiffs supervisor Mr. John Jackson via text message and the Plaintiff texted, "Buenos dias Mr. John Jackson. I spoke with Ms. Campbell, this morning at 10:32am and she explained that you informed her that I was terminated /fired. I asked her why, I was not eligible to be rehired and she stated you did not provide a reason. Is there any information you can provide me"? At 11:21am Mr. John Jackson replied via text message, Hi Michael you work for Delta. I don't have the ability or authority to say you're not eligible for rehire (Exhibit 3).

Exhibit 3



11:42 ⌒ 🔒 ▶ 🖼                    ⊚ 📶 ⌁ 🔋

‹   Mr John Jackso...        📞   📹   ⋮
    +15712915830

You've already applied for
                                    MMS

Good morning Mr. Jackson. The truth,
is imperative: I never recieved a answer
to if I will be imprisoned, fined, and
terminated if I signed the NDA however
I received my flight itenrary and a
statement that my question is mute.
This morning I submitted a application
to MVM and ORR. The system would.

1:13 PM   View all                      ›

Monday, August 9, 2021

Buenos días Mr. Jackson! I spoke
with Ms. Campbell, this morning at
10:37am and she explained that you
informed her that I was not eligible
to be rehired. I never knew I was
terminated/ fired. I asked her why I
was not eligible to be rehired and she
stated you did not provide a reason. Is
there.

11:11 AM   View all                     ›

Ⓜ  Hi Michael you work for Delta. I don't
    have the ability or authority to say
    you're not eligible for rehire.          11:21 AM

🖼   📷   ＋   ⦂      ⋯      😊   〰️

    III            ◯            ‹

**Discrimination**

The Plaintiff is a Black male that has be discriminated against by the Defendant because of the Plaintiffs race.

1) The Defendant has not interviewed a subcontractor (employed by Headway Workforce Solutions and Delta-T Group) of a different race, and 1)gave them a time frame to become fluent in Spanish 2) provided the applicant/subcontractor the direct number to call the Defendant to provide updates, to when that applicant/subcontractor will be ready to have a fluent conversation with the Defendant to fulfill the (alleged) requirement to speak fluent Spanish, then tell the applicant/subcontractor that the applicant's supervisor stated that the applicant/subcontractor could not be rehired by the Defendant that the applicant/subcontractor was never hired by.

**No Spanish Questions Were Asked**



Ro Corona, Federal Investigator.
June 17, 2022
Page 3

Spanish Assessment Screening is pass/fail and requires applicants to answer a series of four simple questions in Spanish. For example, one of the questions is: "¿Porque le gusta trabajar con niños?" / "Why do you like working with children?" *See* Exhibit 4. Charging Party's Spanish Assessment Screening. Charging Party could not answer the questions in Spanish. Indeed, he did not even attempt to answer *any* of the questions. *See Id.* As a result, he failed his Spanish Assessment Screening and was not hired for the Bilingual Travel Youth Care Worker position. Ms. Campbell advised Charging Party if he became fluent in both English and Spanish, he would meet the requirements for the position and could reapply.

Charging Party did not reapply for a position with MVM and was never hired.

### III. MVM DID NOT SUBJECT CHARGING PARTY TO DISCRIMINATION OR RETALIATION

Charging Party's allegations of race discrimination and retaliation are without factual and legal merit and must be dismissed.

A. Charging Party's Race Discrimination Claim Is F...

The Plaintiff was never asked by the Defendant to answer any questions in Spanish. The Defendant inquired to the Plaintiff if the Plaintiff knew how to speak Spanish and the Plaintiff stated "not now but I am currently practicing" the Plaintiff and the Defendant set a time frame for the Plaintiff to become fluent in Spanish and the Defendant stated "when that time comes just call me back, and we will finish the interview"(Exhibit 4).

13

Exhibit 4



8:30 📱 ∞ ✉ ⬆ 📧                    📶 🔋

< Ⓡ **Ruben Caraballo** ⌄          ⋮

~~able to work for the organiz~~

**View all**                                    >

5:16 PM

Wednesday, July 21, 2021

Thank you. I just spoke to Ms.
Campbell. I told her it will take
me about 3 months to be able
to speak Spanish fluently and
she said to call her back then
and we can finish the interview.
3:20 PM  Gracias Mr. Caraballo.

Monday, August 9, 2021

Buenos días Mr. Caraballo. I spoke
with Ms. Campbell this morning at
10:32am and she informed me that
my site supervisor John Jackson
informed her that I was not eligible
to be rehired. I never knew I was
terminated/ fired. I asked her why
I was not eligible to be rehired and
she stated they did n.

Delivered  **View all**                          >
10:54 AM

🖼  📷  +      |            ☺  ⑊⑊⑊

    |||          O          <



8:31

< ®️ Ruben Carabaiio ∨

Monday, July 19, 2021

Buenos tardes Mr. Carabaiio? I was told that you are at meeting today. I hope the meeting goes well. Thank you for the possibility.
2:25 PM

Training yes thank you who this  2:26 PM

Michael Holmes
2:26 PM

Ok I let you know  2:27 PM

Thank you
2:27 PM

Tuesday, July 20, 2021

Please text me.  2:29 PM

I'm sorry Mr Carabaiio after I called youll got on my bike and I'm just now looking at the phon I was wondering if you had heard

**Direct Contact with the Defendant**

On or around July 16<sup>th</sup>, 2021 when the Plaintiff returned to San Antonio after fulfilling the Defendants assignment at the Defendants temporary duty station, the Plaintiff went to the Defendants office (where the Plaintiff would go to sign in for each assignment) and the Plaintiff explained to the Defendant, that the Plaintiff loved this career and wanted to interview for a position with the Defendant. The Plaintiff explained to the Defendant that the Plaintiff submitted an application prior to the Plaintiffs previous work assignment. The Defendant provided the Plaintiff with the Defendants direct phone number and the Defendant stated "call me and we will get an interview set up". The Defendant remained in consistent contact with the Defendant (Exhibit 5)

Exhibit 5



11:05 📧 ◎ ☑ ♀ 📧 📧 📧 🔋 🔋 🔒

‹

**Ruben Caraballo**
+1 787-309-9898

📞   ◎   📹

View contact details

History

📞 **Jul 21 2:41 PM**
Incoming call, 0 mins 17 secs

📞 **Jul 21 2:20 PM**
Outgoing call, 1 min 2 secs

📞 **Jul 20 2:29 PM**
Outgoing call, 2 mins 31 secs

📞 **Jul 17 2:21 PM**
Outgoing call, 0 mins 36 secs

⭐        ✏️        📤        ⋮
Favorites   Edit    Share    More

|||        ⬚        ‹



11:06 ꞏꞏꞏ 🔲 ⊙ 🔲 ⊙ 🔲 ⚡ ➖ 🔲        🔋 .ıl 🔋

‹

📞 **Jul 23 7:40 AM**
Outgoing call, 2 mins 55 sec

📞 **Jul 22 4:15 PM**
Outgoing call, 1 min 53 secs

📞 **Jul 20 5:19 PM**
Incoming call, 1 min 40 secs

📞 **Jul 19 10:04 PM**
Incoming call, 1 min 11 secs

📞 **Jul 18 1:07 PM**
Incoming call, 1 min 31 secs

📞 **Jul 17 3:32 AM**
Incoming call, 1 min 1 sec

📞 **Jul 16 10:01 PM**
Incoming call, 1 min 44 secs

📞 **Jul 16 8:34 PM**
Incoming call, 0 mins 59 sec

☆ Favorites    ✏ Edit    📤 Share    ⋮ More

▯▯▯        ○        ‹

**After The July 21ˢᵗ 2021 Interview**

On July 21st 2021, after the Defendant contacted the Plaintiff for an interview via phone the

Plaintiff contacted the Defendant to thank the Defendant and to provide the Defendant the

(alleged) requirement to speak Spanish, the steps the Plaintiff was taking to become fluent in

Spanish, and the timeline the Defendant gave the Plaintiff to reach that goal (Exhibit 6).

Exhibit 6



7:01 🔲 G ⌀ ⌀ ▭ ▲ 🗔          ◀ 🛈 ⫴ 🔋

## Phone                              Q  🅜

| | | |
|---|---|---|
| ☎ | Mike-electrical Car Repair | (2) 3:46 PM |
| ☎ | +1 626-960-1660 | 3:37 PM |
| ☎ | Jon Hall-NWCC | 1:41 PM |
| ☎ | Sandra Campbell- Hiring Manager-MVM | 1:10 PM |
| ☎ | Ruben Carabaiio | 12:41 PM |
| ☎ | Ruben Carabaiio | 12:20 PM |
| ☎ | (626) 966-5212 (3) | 10:43 AM |
| ☎ | Jon Hall-NWC⁓ | 6:51 AM |
| ☎ | M⸳⸳⸳ (⸳) | ⸳⸳⸳ ⸳⸳⸳ |

Keypad    Recents    Contacts    Places

▥          ⬡          ‹

The Defendant told the Plaintiff "continue to call (MVM INC.) Sandra Campbell and provide updates".

---

**Temporary Duty Station Assignment Ended**

On approximately July 14th, 2021 the Defendant, Headway Workforce Solution and Delta-T Group ended the Plaintiffs assignment with the Defendant because the Defendant required the Plaintiff to sign a second NDA, which stated that the Plaintiff could/will be terminated, fined and imprisoned for acts that the Plaintiff has done.



**Discrimination Based On Race**

The Defendant has not required a subcontractor of a different race to fill out the exact same, second NDA that the Plaintiff was asked to fill out after, that subcontractor has filed three incidents reports with Delta-T Group and one incident report with the Defendant regarding incidents that occurred during the assignment/s.

---

## Three Reported Workplace Incidents

The Plaintiff reported three work place incidents to Delta-T Group (Richards Blaisdell). The work place incidents that occurred are 1) the Defendants assigned Team Leader for an assignment left the Plaintiff at an airport in another state without a ticket to fly back to San Antonio, 2) the Defendants assigned TS went into the Plaintiffs online government account from the Defendant and entered false information, and 3) the Defendants assigned Team Leader left the Plaintiff at the hotel when the Team Leader went to the airport (the Plaintiff has video evidence of this incident. The videos show what the Plaintiff had to do after).

## After Signing the First NDA

On or around May 17th, 2021 the Plaintiff signed one NDA for the Defendant and began to receive assignments from the Defendant  approximately from May 19th, 2021 to July 14th, 2021. The Plaintiff has submitted three applications to be employed by the Defendant.  There was not a requirement at that time for the Plaintiff to be fluent in speaking and understanding Spanish. While the Defendant and the Plaintiff were trying to resolve this matter the Defendant provided a document of the (alleged) application where the Plaintiff did not include another language, however the Defendant interviewed the Plaintiff because speaking Spanish was not a requirement.

## Direct Contact with the Defendant

The Plaintiff contacted the Defendant four times.  The Plaintiff spoke to the Defendant three

times and the Plaintiff sent the Defendant an email (Exhibit 7).

Exhibit 7

8:06 



### Sandra Campbell- Hiring Manager-MVM
+1 571-223-4640 ⊘

    

View contact details

History

Yesterday 3:10 PM
Incoming call, 5 mins 17 sec



Favorites      Edit      Share      More

‖‖       ○       ‹

12:03 

< History

Aug 9 10:36 AM
Outgoing call/Mobile

Aug 9 10:32 AM
Outgoing call/Mobile/1 min 59 secs

Jul 29 12:24 PM
Outgoing call/Mobile/0 mins 59 sec

Jul 22 9:38 AM
Outgoing call/Mobile/2 mins 47 sec

Jul 21 3:10 PM
Incoming call/Mobile/5 mins 17 sec

# Re: R-2100701 Logistics Specialist 

 **me**

To campbells@mvminc.com

Jul 30, 2021 at 8:18 AM

🔗 1 attachment

Gracias.  Me entrevistaron el 21 de julio de 2021. A amazing person named Ms. Campbell interviewed me for the TS position. and stated  that she enjoyed the interview and that in approximately 3 months I can call back once I have become fluent in Spanish.
He estado estudiando y memorizando las oraciones y frases y me encanta. This opportunity and possibility is amazing. I love being apart of such a amazing organization, where everyone's goal is to help, and inspire everyone. 1 world 1 family.

> Show original message

## The Old and New Job Requirements

From the inception of becoming a subcontractor through Headway Workforce Solutions and

Delta-T Group the Defendant did not have a Spanish speaking requirement for the Plaintiffs

subcontractor position/employment with the Defendant. Approximately nine months later the

Defendant has made being fluent in Spanish a requirement (Exhibit 9).

Exhibit 8



 Michael Holmes

# Top job picks for you

 **Travel Youth Care Worker**
MVM, Inc. · San Antonio, Texas, United States

⊙ Actively recruiting

**BCⓉFS** **Case Aide**
BCFS Health & Human Services · San Antonio, Texas, United States

🕔 Be one of the first 2 applicants

 **Vocational Rehab Counselor I**

Texas Health and Human Services · San Antonio, Texas, United States

🕔 Be the first applicant to apply

| 🗑 | ⬆ | ➡ | ↩ | ••• |
|---|---|---|---|---|
| Delete | Move to | Forward | Reply | More |

||| ◯ ‹

2:58 🔳 ∞ ♀ 🖼 🖼          ⓐ 📶 🔋

   🔍 Search for jobs          

### About MVM, Inc.

Service, Support, Success are the pillars upon which MVM's founders built the company, and they continue to serve as MVM's core values. Along with our uncompromising insistence on integrity and ethical business practices, these values make us the service provider of choice for our customers and the employer of choice for our dedicated team members.

Working at MVM, Inc. takes a certain kind of person; we want someone who identifies with our values and is willing to challenge themselves both personally and professionally. We seek employees who are passionate about serving and making a difference in lives of others.

We're looking to add a **Travel Youth Care Worker .** If you can envision joining a team where you will have the opportunity to provide mission driven results; then we are looking for you!

Here's what you need to be successful in this role:

- *Coachable* - Open to constructive criticism, with a strong desire to implement and sustain feedback by others
- *Customer service orientated* - Understand the



2:58 🔲 ∞ 📍 🖼️ 🖼️                    ⊚ 🛜 .ııl 🗋

⌂    🔒 linkedin.com/comm/jo    37    ⬆️

---

- *Coachable* - Open to constructive criticism, with
  a strong desire to implement and sustain
  feedback by others
- *Customer service orientated* - Understand the
  value of a relationship by building trust and
  relating to the customer to ensure the
  conversation progresses properly and on tract.
  Honest and have the integrity to do what's right
  for our customers and for the business
- *Curious* - Actively seek information pertaining
  to our business, services and customer base
- *Committed* - Have the passion and
  perseverance for what you want to accomplish
- *Willing to support critical duties* - Support
  responsibilities that must continue to be
  performed during crisis situations and
  contingency operations

**What You'll Get to Do!!**

The *Travel Youth Care Workers* must have a
compassion for children and are passionate about
serving and making a difference in the lives of
others. Provide humble care and service to
unaccompanied children and teens, while you are
accompanying them on domestic flights and via
ground transportation to shelters all over the
country. During these trips, the Travel Youth Care
Workers use their language skills to communicate in

---



🏠          👥          ➕          🔔          💼
Home    My Network    Post    Notifications    Jobs

---

|||       ◯       ‹

2:58 🔳 ∞ 📍 📷 🖼     📶 🔋

## What You'll Get to Do!!

The *Travel Youth Care Workers* must have a compassion for children and are passionate about serving and making a difference in the lives of others. Provide humble care and service to unaccompanied children and teens, while you are accompanying them on domestic flights and via ground transportation to shelters all over the country. During these trips, the Travel Youth Care Workers use their language skills to communicate in a way that is culturally-sensitive, while fostering a safe and comfortable environment.

### Key functions you will perform!

- Provide a humble care and service to unaccompanied minors of all age groups while accompanying them via domestic flights and/or ground transportation to select government facilities.
- Provide minors and family member(s) with meals, clean weather appropriate clothing, and any other items which may be needed for travel.
- Communicate with children and teens in a way that is culturally-sensitive, while fostering a safe and humane environment.
- Ability to travel frequently as required to fulfill the obligations and responsibilities of the position with a minimum of three (3) days



Home    My Network    Post    Notifications    Jobs

|||        ◯        ‹

2:58 🔲 ⊙ ♀ 🖼 🖼　　　　⊚ 🖫 ⁣⁣᥉ ⁣ᴬᴸᴸ Ꭿ

**Key functions you will perform!**

- Provide a humble care and service to unaccompanied minors of all age groups while accompanying them via domestic flights and/or ground transportation to select government facilities.
- Provide minors and family member(s) with meals, clean weather appropriate clothing, and any other items which may be needed for travel.
- Communicate with children and teens in a way that is culturally-sensitive, while fostering a safe and humane environment.
- Ability to travel frequently as required to fulfill the obligations and responsibilities of the position with a minimum of three (3) days consecutively at a time and with short notice.
- Willingness to support critical duties and responsibilities that must continue to be performed during crisis situations and contingency operations.
- Necessary responsiveness will require certain special considerations, such as extended overnight travel, nights and weekends, rotational hours of work, and on-call status .
- Be honest, act with integrity, and keep the conversation focused on helping and nurturing children.
- Performs other duties as assigned.



| Home | My Network | Post | Notifications | Jobs |

2:59 🔲 ∞ 📍 🖼 🖼          ⌖ 📶 ⚴

- Necessary responsiveness will require certain special considerations, such as extended overnight travel, nights and weekends, rotational hours of work, and on-call status .
- Be honest, act with integrity, and keep the conversation focused on helping and nurturing children.
- Performs other duties as assigned.

### What You Will Need To Have

- Possess an Associate degree in an appropriate discipline from an accredited college (a high school diploma with one or more years of extra relevant experience may be substituted for an associate degree) and,
- Have at least two years of documented experience in a field related to law, social work, or similar occupational area; as well as certification, licensure, and credentials applicable to the professional accreditation of the position, if applicable (a minimum of three years of experience in a related field is required when a high school diploma with one or more years of relevant experience is substituted for an associate degree)
- Valid driver's License
- Have resided in the U.S for at least three (3) of the last five (5) years
- MUST BE local to your location



2:59 📱 ∞ 📍 🖼 🖼          📶 🔋 ▮▮▮ ▯

certification, licensure, and credentials applicable to the professional accreditation of the position, if applicable (a minimum of three years of experience in a related field is required when a high school diploma with one or more years of relevant experience is substituted for an associate degree)
- Valid driver's License
- Have resided in the U.S for at least three (3) of the last five (5) years
- MUST BE local to your location

**Clearance**
- Applicants selected will be subject to a Government background investigation and may need to meet eligibility requirements for access to classified information

**Security Requirements**
- U.S. Citizenship
- Ability to obtain/maintain a Security Clearance
- Favorable credit check

**Preferred Qualifications**
- Active security clearance is preferred
- Ability to deliver the highest quality of work under extreme pressure
- Strong organizational and communication skills
- Analytical and problem-solving skills

    

Home      My Network      Post      Notifications      Jobs

|||            ⭕            ‹

2:59 🔲 ∞ 📍 📧 🖼️          ⓐ 🔋 .ıll 🔒

~~MUST BE local to your location~~

## Clearance

- Applicants selected will be subject to a Government background investigation and may need to meet eligibility requirements for access to classified information

## Security Requirements

- U.S. Citizenship
- Ability to obtain/maintain a Security Clearance
- Favorable credit check

## Preferred Qualifications

- Active security clearance is preferred
- Ability to deliver the highest quality of work under extreme pressure
- Strong organizational and communication skills
- Analytical and problem-solving skills
- These requirements are thoroughly reviewed during the employment screening process. Acceptance for this opportunity is dependent upon meeting all qualification/selection criteria.

## We Offer...

- Paid training, fun, talented and driven teammates
- Knowledgeable, encouraging and present leadership



🏠 Home    👥 My Network    ➕ Post    🔔 Notifications    💼 Jobs

|||          ◯          ‹

2:59 🔲 ∞ ❤ 📧 🖼          ◎ 🔋 ⊪ 🔋

- Strong organizational and communication skills
- Analytical and problem-solving skills
- These requirements are thoroughly reviewed during the employment screening process. Acceptance for this opportunity is dependent upon meeting all qualification/selection criteria.

**We Offer...**

- Paid training, fun, talented and driven teammates.
- Knowledgeable, encouraging and present leadership
- A diverse and community-minded organization
- Career growth and learning opportunities for aspiring minds.
- A competitive benefits package, and fosters a highly skilled, energized and empowered workforce.
- Due to the high volume of applications received, the Recruiting Department will contact you directly, should you be selected to advance in our recruitment process.

**If you have what it takes, apply now!!**
**For more information about the company please visit our website at www.mvminc.com MVM is an Equal Opportunity Employer and does not discriminate against any employee or applicant for employment because of race, color, sex, age, national origin, religion, sexual orientation, gender identity, status as a veteran, disability or any other**

 Home       My Network       Post       Notifications       Jobs

|||        ◯        ‹

4:31 📱 🔳 ⚲ 📍 📺 🖼 🖽          📶 .ıll 🔒

We are hiring locally for this position. The starting pay is $19.96/hour.

The position is 100% travel and candidates must be able to start immediately

Please, watch this video to learn more: http s://vimeo.com/user69627426/review/5418 28283/ab8a4885bd

**About MVM, Inc.**

Service, Support, Success are the pillars upon which MVM's founders built the company, and they continue to serve as MVM's core values. Along with our uncom- promising insistence on integrity and ethical business practices, these values make us the service provider of choice for our cus- tomers and the employer of choice for our dedicated team members.

Working at MVM, Inc. takes a certain kind of person; we want someone who identifies with our values and is willing to challenge themselves both  lly. We seek empl  about serving and lives of others.

STARTING SOON

We're looking to add a **Travel Youth Care**

|||          ◯          ❮

4:31 💬 🔟 ∞ 📍 🔤 🖼 🎛                    📶 🔋

lives of others.

We're looking to add a **Travel Youth Care Worker.** If you can envision joining a team where you will have the opportunity to provide mission driven results; then we are looking for you!
Here's what you need to be successful in this role:

- *Coachable* - Open to constructive criticism, with a strong desire to implement and sustain feedback by others
- *Customer service orientated -* Understand the value of a relationship by building trust and relating to the customer to ensure the conversation progresses properly and on tract. Honest and have the integrity to do what's right for our customers and for the business
- *Curious* - Actively seek information pertaining to our business, services and customer base
- *Committed* and perseve want to acc



HEAD OVER TO
**PLAYWILDNOUTLIVE.COM**

- *Willing to s ties -* Support responsibilities

|||     ◯     ‹

4:31 🖥 📱 ∞ 📍 💻 🖼 🖽                    📶 .ıll 🔒

- *Committed* - Have the passion
  and perseverance for what you
  want to accomplish
- *Willing to support critical du-
  ties* - Support responsibilities
  that must continue to be per-
  formed during crisis situations
  and contingency operations

### What You'll Get to Do!

*Travel Youth Care Workers* must have a
compassion for children and a passion for
making a difference in the lives of others.
You will provide humble care and service to
children and teens while you are accompa-
nying them on domestic flights and via
ground transportation to be reunified with
their guardians.  During these trips, you will
communicate in a way that is culturally sen-
sitive and that fosters a safe and comfort-
able environment.

This is a project-based job lasting 2-12
months (length depends on your availability
and the need for trips).

### Key functions you will perform!

- Accompany
  tic flights a
  portation to
  their guardi
- Provide mir
  any other items which may be

|||      ◯      ‹

4:31 📭 🔲 ∞ ♀ 📺 🖼 🎛        📶 ⏺

sitive and that fosters a safe and comfort-
able environment.

This is a project-based job lasting 2-12
months (length depends on your availability
and the need for trips).

**Key functions you will perform!**

- Accompany minors on domes-
  tic flights and/or ground trans-
  portation to be reunified with
  their guardians.
- Provide minors with meals and
  any other items which may be
  needed for travel.
- Communicate with children
  and teens in a way that is cul-
  turally sensitive and fosters a
  safe and comfortable
  environment.
- Ability to work at least three
  12-hour shifts in a week.
- Be honest, act with integrity,
  and keep the conversation fo-
  cused on helping and nurturing
  children.
- Performs o
  assigned.

**What you will nee**



- Possess a
  with one or more years of rele-

|||     ◯     ‹

4:32 💬 🔲 ∞ 📍 🖼️ 🖼️ 🖽     📶 📶 📶

cused on helping and nurturing
children.

- Performs other duties as
assigned.

**What you will need to have:**

- Possess a high school diploma
with one or more years of rele-
vant work experience,
- Valid Driver's License
- Ability to travel frequently, in-
cluding overnight, early in the
morning, or on holidays and
weekends, as required to fulfill
the obligations and responsibil-
ities of the position,

**Security Requirements:**

- Favorable background and mo-
tor vehicle check

**Preferred Qualifications:**

- Strong communication skills
- Bilingual – English/Spanish

These requirements are thoroughly re-
viewed during the
process. Acceptar
dependent upon r
lection criteria.



We Offer...

|||     ◯     ❮

The document the Defendant sent the Plainitff stated that being fluent in spanish has always

been a requirement (Exhibt 9). That is not true

Exhibit 9



Fatal to his claim, Charging Party was not qualified for the position for which he applied. Although Charging Party claims "Being fluent in Spanish was not a job requirement on July 21, 2021," this claim is erroneous, MVM has always required its Travel Youth Care Workers to have

Ra Corona, Federal Investigator
June 17, 2022
Page 4

Spanish fluency because Spanish is the primary language for most of the children in its care in El Paso, Texas. Indeed, the job description for the position Charging Party applied for expressly requires the "[a]bility to comprehend and speak (both) Spanish and English fluently." *See Exhibit 9, supra.*

**New Job Requirements**



Travel Youth Care Worker - ORR

MVM, Inc.

San Antonio, Texas, United States · Posted 18 days ago

Save    Apply

Job description

This position will be TDY to Carrizo Springs

About MVM, Inc.

Service, Support, Success are the pillars upon which MVM's founders built the company, and they continue to serve as MVM's core values. Along with our uncompromising insistence on integrity and

7:03 📱 ∞ 🔋 ✂ 🖼        📶 ⊿ 🔋

Service, Support, Success are the pillars upon which MVM's founders built the company, and they continue to serve as MVM's core values. Along with our uncompromising insistence on integrity and ethical business practices, these values make us the service provider of choice for our customers and the employer of choice for our dedicated team members.

Working at MVM, Inc. takes a certain kind of person; we want someone who identifies with our values and is willing to challenge themselves both personally and professionally. We seek employees who are passionate about serving and making a difference in lives of others.

We are looking to add a Travel Youth Care Worker. If you can envision joining a team where you will have the opportunity to provide mission driven results; then we are looking for you!

Here's what you need to be successful in this role:

- Coachable: You are open to constructive criticism, with a strong desire to implement and sustain feedback by others, with ability to follow a workflow process
- Customer service orientated: You understand the value of a relationship by building trust and relating to the customer to ensure the conversation progresses properly.

    

Home    My Network    Post    Notifications    Jobs



|||        ⬜        ‹

7:03 📱 ⌒ 🔋 ✂ 🖼          🗑 ⊿ 🔋

~~men we are looking for your~~

Here's what you need to be successful in this role:

- Coachable: You are open to constructive criticism, with a strong desire to implement and sustain feedback by others, with ability to follow a workflow process
- Customer service orientated: You understand the value of a relationship by building trust and relating to the customer to ensure the conversation progresses properly
- Committed: You have the passion and perseverance for what you want to accomplish
- Supportive Mentality: Be honest, act with integrity, and keep the conversation focused on helping and nurturing children
- Frequent Travel: As required to fulfill the obligations and responsibilities of the position with a minimum of four (4) days consecutively at a time and with short notice
- Critical Duties: Support responsibilities that must continue to be performed during crisis situations and contingency operations. Necessary responsiveness will

What You will Get to Do!!

The Travel Youth Care Worker (TYCW) must have a compassion for children and are passionate about serving and making a difference in the lives of others. Provide humble care and service to unaccompanied children and teens, while you are

    

Home    My Network    Post    Notifications    Jobs

|||     ◯     ‹

7:03 🔒 ⚏ ➡ 🖎 🖻                    📶 .ⅈⅈ ⌂

What You will Get to Do!!

The **Travel Youth Care Worker (TYCW)** must have a compassion for children and are passionate about serving and making a difference in the lives of others. Provide humble care and service to unaccompanied children and teens, while you are accompanying them on domestic flights and/or via ground transportation to facilities all over the country. During these trips, the TYCW use their language skills to communicate in a way that is culturally sensitive, while fostering a safe and comfortable environment. The TYCW completes all paperwork and standard operating procedures to for the transportation, securing their personal property, and any medication; provides an orientation; ensures the physical, emotional, and health needs are met; vigilant of surroundings at all times; sets behavioral expectations, provides consistent, and appropriate behavioral guidance. The TYCW reports on trip progress throughout the transport and submits a final report upon completing every trip.

Key functions you will perform!

- Responsible for the safe and secure transportation of unaccompanied minor(s) and families in a humane manner and in accordance with MVM's established transportation by land and air policies and procedures
- Ensure that an orientation is provided to all------

| 🏠 | 👥 | ➕ | 🔔 | 💼 |
|---|---|---|---|---|
| Home | My Network | Post | Notifications | Jobs |

|||          ⭘          ‹

7:03 🏠 ∞ ➡ ✂ 🖻      🔋 �aₗₗ 🔔

final report upon completing every trip.

Key functions you will perform!

- Responsible for the safe and secure transportation of unaccompanied minor(s) and families in a humane manner and in accordance with MVM's established transportation by land and air policies and procedures
- Ensures that an orientation is provided to all children and families in a language they understand
- Reviews the documentation to ensure it contains all information needed for travel
- Completes, verifies, and provides documentation to all parties involved
- Prepares to work with uncooperative individuals in both controlled and uncontrolled situations.
- Prepares meals and snacks for the children and/or family units for the duration of the transport.
- Logs transportation details, such as medication, meals offered, eaten, and refused.
- Provides clean and appropriate clothing based upon weather conditions at destination location.
- Reports into the Command Center at established check points and advices on any changes, disruptions or concerns throughout the transportation route. Logs information.





7:03 🏠 ⊶ 🔁 ⚒ 🖼                🔋 ⓘⓛ 🔋

⌂  🔒 linkedin.com/mw    +    42    🔄

UAC and or family members to include the type
of medication, the numbers of times the
medication is administered throughout the
transport and any irregularities from what the
prescription directs.

- Employees may be assigned to overnight,
weekends, or holiday shifts to support 24/7
operations.

### What You Will Need To Have

- Associate degree in an appropriate discipline
from an accredited college (a high school
diploma with one or more years of extra
relevant experience may be substituted for an
associate degree)
- Have at least two (2) years of documented
experience in a field related to social work or
similar occupational area; as well as
certification, licensure, and credentials
applicable to the professional accreditation of
the position, if applicable (a minimum of three
years of experience in a related field is required
when a high school diploma with one or more
years of relevant experience is substituted for
an associate degree)
- Available for domestic travel 100% required.



| 🏠 Home | 👥 My Network | ➕ Post | 📣 Notifications | 💼 Jobs |

∧    💬    💬    💬    🔘❌            +

III        ◯        ‹



## What You Will Need To Have

- Associate degree in an appropriate discipline from an accredited college (a high school diploma with one or more years of extra relevant experience may be substituted for an associate degree)
- Have at least two (2) years of documented experience in a field related to social work or similar occupational area; as well as certification, licensure, and credentials applicable to the professional accreditation of the position, if applicable (a minimum of three years of experience in a related field is required when a high school diploma with one or more years of relevant experience is substituted for an associate degree)
- Available for domestic travel 100% required. International travel voluntary
- Ability to comprehend and speak (both) Spanish and English fluently
- Ability to pass a Government Security Background Investigation and including a favorable credit check
- Possess a valid and current driver's License.

## Clearance

7:04 📱 ∞ 🔁 ✂ 🖼                    📶 .ıl 🔋

- Ability to pass a Government Security Background Investigation and including a favorable credit check
- Possess a valid and current driver's License.

## Clearance

- Applicants selected will be subject to a Government background investigation and may need to meet eligibility requirements for access to classified information.

## Security Requirements

- U.S. Citizenship
- Ability to obtain/maintain a Security Clearance
- Favorable credit check

These requirements are thoroughly reviewed during the employment screening process. Acceptance for this opportunity is dependent upon meeting all qualification/selection criteria.

## We Offer...

- Paid training, fun, talented and driven teammates
- Knowledgeable, encouraging, and present leadership
- A diverse and community-minded organization
- Career growth and learning opportunities for aspiring minds
- A competitive benefits package, and fosters a highly skilled, energized, and empowered workforce.



| 🏠 Home | 👥 My Network | ➕ Post | 🔔 Notifications | 💼 Jobs |

|||        ◯        ‹

**Discrimination Based On Race**

In the Defendants document the Defendant provides the Defendants definition of race

discrimination and the actions that will follow when race discrimination has occurred (Exhibit

10).

Exhibit 10

but rather concludes baselessly the decision not to hire him for the Travel Youth Care Worker position must have been based on his race. The undisputed facts demonstrate MVM treated Charing Party lawfully and his allegations are meritless.

In any event, to prevail on a failure to hire discrimination claim under Title VII, Charging Party must show: (1) he is a member of a protected class; (2) he applied and was qualified for a position for which MVM was accepting applications; (3) despite his qualifications, he was not hired; and (4) the position remained open or was filled by another person outside of his protected class. If Charging Party can establish a *prima facie* case of discrimination, the burden shifts to MVM to provide a legitimate, nondiscriminatory reason for its failure to hire Charging Party. Charging Party must then prove MVM's legitimate business reason for not hiring him is pretext (*i.e.,* an intentional lie) for race discrimination. Charging Party cannot make this showing.

At the outset, Charging Party's failure to hire claim fails because there is no evidence the decision-makers were motivated to discriminate based on race. To prove a *prima facie* case of discrimination, there must be some indication the decision-makers knew of the applicant's status as a protected individual and intended to discriminate on this basis. There is no such indication here.

Fatal to his claim, Charging Party was not qualified for the position for which he applied. Although Charging Party claims "Being fluent in Spanish was not a job requirement on July 21, 2021," this claim is erroneous. MVM has always required its Travel Youth Care Workers to have

The Plaintiff is a black male that has been discriminated against by the Defendant due to

the Plaintiff's race.

1) The Defendant has not required someone of another race to fulfill a requirement that was not a requirement for the Travel Youth Care Worker Position when the applicant was interviewed by the Defendant for the Travel Youth Care Worker position

2) The Defendant denying the Plaintiff the ability to be hired by the Defendant because the Plaintiff is ineligible to be rehired by the Defendant that did not hire the Plaintiff. The Defendant has not refused to hire a subcontractor employed by Headway Workforce Solutions and Delta-T Group of another race because the Defendant stated that the subcontractor was ineligible to be rehired by the Defendant.

3) The Defendant did not allow the Plaintiff to accept work assignments because the Plaintiff did not sign the second NDA prepared by the Defendant.

The Defendant has not required a subcontractor of a different race to sign the identical second NDA that the Defendant requested the Plaintiff to sign after, that subcontractor made the exact (1) incident reports that the Plaintiff has made regarding the action from the TS assigned by the Defendant, did.

The second NDA prepared by the Defendant was provided to Headway Workforce Solutions, and Delta-T Group to give to the Plaintiff (Exhibit 11).

Exhibit 11



**Incident/Witness Report- Conduct [#101]- Michael Holmes**

Heather Williams Balsamo
To Michael Holmes & 2 more
Aug 20, 2021 at 7:55 AM

Hi Michael,

You are more than welcome to get a legal opinion on the NDA form, but you did already sign this when you signed our Headway handbook. The one for the client is just an additional form they require signed. This is a common NDA form used. You are welcome to apply with us for other opportunities that you feel might be a better fit. I have listed the link below.

httos://www.headwavwfs.com/iob-





8:55

Re: ORR/MVM update ☆

**Steven Poitras**
To Michael Holmes
Jul 14, 2021 at 12:04 PM

our client, MVM Inc. is requesting The signed NDA form

> Show original message

Delete   Move to   Forward   Reply   More



**Steven Poitras**
To Michael Holmes
Jul 14, 2021 at 2:08 PM

🔗 2 attachments

Michael,

Unfortunately, after several attempts to receive your signed ORR NDA form, as of 5pm EST today, your status has been moved to "Inactive" status, and your assignment has ended.

Please look for an email from MVM travel regarding your flight home.

We look forward to working with you again as new opportunities arise.

steven

This is the second NDA  the Defendant is requesting the Plaintiff to sign.

8:52 📫 ⚬⚬ Ⓜ 🔁 🔁 🔁 🔁 🔁          ⓞ 🕃 .ıll 🔋

ORR NDA for all MVM employees Michael Ho

← 　　　　　　 ✎ 　 🔍 　 📄 　 🔗 　 ⋮



## ATTACHMENT C – NONDISCLOSURE/CONFLICT OF INTEREST STATEMENT

### Nondisclosure/Conflict Of Interest Statement

DATE:

SUBJECT: NONDISCLOSURE/CONFLICT OF INTEREST STATEMENT

The proper custody, use and preservation of official information related to acquisitions (pre-solicitation information, solicitation information, validation, evaluation, source selection proceedings, exchanges, discussions, etc.) cannot be overemphasized. It is essential that all personnel associated with the procurement actions as an activity representative strictly comply with the applicable provisions of governing regulations and statutes including, but not limited to Section 1905 of Title 18, United States Code.

Section 1905 of Title 18, United States Code, provides for the following:

Whoever, being an officer, employee or subcontractor acting on behalf of (insert corporation name), publishes, divulges, discloses, or makes known in any manner or to any extent not authorized by law any information coming to him/her in the course of his/her employment or duties or by reason of any examination or investigation made by, or return, report or record made to or filed with, such officer or employee thereof, which information concerns or relates to the trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, firm, partnership, corporation, or association; or permits any income return or copy thereof or any book containing any abstract or particulars thereof to be seen or examined by any person except as provided by law; shall be fined under this title, or imprisoned not more than one year, or both; and shall be removed from office or employment.

It is understood that it may be necessary for you to obtain, generate, or access confidential commercial or financial information, as well as sensitive Government information, including but not limited to confidential commercial or financial data obtained from or contained in vendor submitted documents and proposals. Furthermore, by signing this document, you acknowledge that unless otherwise authorized, the release of information of this type shall be at the sole discretion and direction of the Contracting Officer, consistent with applicable laws and regulations.

**Unless otherwise authorized by the Contracting Officer (or designee) or appropriate legal authority, you shall not disclose or reveal any information regarding contract number 75ACF121C00023 to anyone not also cleared for access (and then only on a strict need**

▯▯▯ 　　　　 ◯ 　　　　 ‹

8:52 📱 ∞ Ⓜ️ 🎬 🎬 🎬 ➡️ 📷          ◎ 🕪 ㎡ 🔋

The proper custody, use and preservation of official Information related to
acquisitions (pre-solicitation information, solicitation information, validation,
evaluation, source selection proceedings, exchanges, discussions, etc.)
cannot be overemphasized.  It is essential that all personnel associated with
the procurement actions as an activity representative strictly comply with the
applicable provisions of governing regulations and statutes including, but not
limited to Section 1905 of Title 18, United States Code.

Section 1905 of Title 18, United States Code, provides for the following:

Whoever, being an officer, employee or subcontractor acting on behalf of
(insert corporation name), publishes, divulges, discloses, or makes known in
any manner or to any extent not authorized by law any information coming to
him/her in the course of his/her employment or duties or by reason of any
examination or investigation made by, or return, report or record made to, or
filed with, such officer or employee thereof, which information concerns or
relates to the trade secrets, processes, operations, style of work, or
apparatus, or to the identity, confidential statistical data, amount or source of
any income, profits, losses, or expenditures of any person, firm, partnership,
corporation, or association; or permits any income return or copy thereof or
any book containing any abstract or particulars thereof to be seen or
examined by any person except as provided by law; shall be fined under this
title, or imprisoned not more than one year, or both; and shall be removed
from office or employment.

It is understood that it may be necessary for you to obtain, generate, or
access confidential commercial or financial information, as well as sensitive
Government information, including but not limited to confidential commercial
or financial data obtained from or contained in vendor submitted documents
and proposals.  Furthermore, by signing this document, you acknowledge
that unless otherwise authorized, the release of information of this type shall
be at the sole discretion and direction of the Contracting Officer, consistent
with applicable laws and regulations.

**Unless otherwise authorized by the Contracting Officer (or
designee) or appropriate legal authority, you shall not disclose or
reveal any information regarding contract number 75ACF121C00023
to anyone not also cleared for access (and then only on a strict need
to know basis).**

By signing this document, you acknowledge that you are aware that the
unauthorized disclosure of any information regarding this sensitive
procurement information may subject you to criminal and/or civil penalties.

The undersigned acknowledges that they have read and understand the
contents of this document.

**NAME:** _____

**SIGNATURE:** _____  **DATE:** _____

|||          ⬭          ‹

This is the first NDA by the Defendant was signed by the Plaintiff.



The Plaintiff was subject to different work terms and conditions as a subcontractor for the

Defendant. The Defendant did not subject any subcontractor of a different race to the work terms

and conditions they required the Plaintiff to fulfill, where if the subcontractor did not satisfy the

signing of the second NDA by the Defendant (1) their assignment ended and (2) the Defendant

will not hire the subcontractor because the Defendant said the subcontractor "is not able to be

rehired".

**Work Assignments received after July 15th, 2021**

For approximately three months after the Defendant, Headways Workforce Solutions, and Delta-T Group ended the Plaintiffs assignment with the Defendant, the Defendant and ORR continued to call the Plaintiff and offer the Plaintiff work assignments however the Defendant, Headway Workforce Solutions and Delta-T Group did not allow the Plaintiff to accept the Work assignments (Exhibit 13).

Exhibit 13(Work assignments)





1:53 🕒 ⚙ 🖾 🔲 ⌣ ⌣ ⌣ ⌣ ⌣ · 🖫 .ıll 🔋

**‹   Trips-ORR COM...   📞  Q  ⋮**
   +18445580659

Tuesday, July 13, 2021

From ORR Command Center: Are you available to work beginning 07/13/2021? Please respond with 'yes' or 'no'
4:11 AM

4:14 AM ❗ Yes

4:15 AM Yes

Your response has been received. 4:15 AM

Saturday, July 17, 2021

From ORR Command Center: Are you available to work beginning 07/18/2021? Please respond with 'yes' or 'no'
1:50 AM

1:52 AM Yes

Your response has been received. 1:52 AM

Friday, July 30, 2021

From ORR Command Center: Are

🖼  📷  +  |   🐸  ⑅|⑅

|||        ◯        ‹



1:53 ⊙ ∞ 🖾 🖸 🖾 ∠ ∠ ∠ ∠ ∠ • ⅜ ⅲⅼ 🗋

< **Trips-ORR COM...**   📞 Q ⋮
  +18445580659

1:52 AM  **Yes**

Your response has been received  1:52 AM

Friday, July 30, 2021

From ORR Command Center: Are
you available to work beginning
07/31/2021? Please respond with
yes or no.                    10:47 PM

10:48 PM  **No**

Your response has been received  10:48 PM

Sunday, August 1, 2021

From ORR Command Center: Are
you available to work beginning
08/02/2021? Please respond with
yes or no.                    5:41 PM

5:41 PM  **No**

Your response has been received  5:42 PM

🖾   🖸   +   [                    ]   🖼   ⅷ⅞

   ⅲ          O          <



1:53 ☺ ∞ ✉ ▣ ☐ ☑ ☑ ☑ ☑ ☑ • 🔋 ⬤

< Trips-ORR COM...   📞  🔍  ⋮
   +18445580659

⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨⟨   10:47 PM

                              10:48 PM  No.

T  Your response has been received.  10:48 PM

Sunday, August 1, 2021

T  From ORR Command Center: Are
   you available to work beginning
   08/02/2021? Please respond with
   'yes' or 'no'.                   5:41 PM

                              5:41 PM  No.

T  Your response has been received.  5:42 PM

Friday, August 6, 2021

T  From ORR Command Center: Are
   you available to work beginning
   08/07/2021? Please respond with
   'yes' or 'no'.                   7:25 AM

                              7:38 AM  No.
                                       ⌄

Your response has been received.

🖼  📷  +  (            )  😊  ᴵᐦᴵ

   III         ◯         <



2:10

‹ **Trips-ORR COM...**  📞 🔍 ⋮
+18445580659

Yes or no                                  2:07 PM

2:08 PM  Yes

Your response has been received.  2:08 PM

**Tuesday, July 13, 2021**

From ORR Command Center: Are
you available to work beginning
07/13/2021? Please respond with
"yes" or "no".                              4:11 AM

4:14 AM  Yes

4:15 AM  Yes

Your response has been received.  4:15 AM

**Saturday, July 17, 2021**

From ORR Command Center: Are
you available to work beginning
07/18/2021? Please respond with
"yes" or "no".                              1:50



2:10 ∞ 🖼 🖸 🖼 ✓ ✓ ✓ ✓ ✓ •    📶 📶 🖾

< **Trips-ORR COM...**    📞  Q   ⋮
  +18445580659

From ORR Command Center: Are you available to work beginning 07/18/2021? Please respond with yes or no.    1:50 AM

1:52 AM   **Yes**

Your response has been received.   1:52 AM

Friday, July 30, 2021

From ORR Command Center: Are you available to work beginning 07/31/2021? Please respond with yes or no.    10:47 PM

10:48 PM   **No**

Your response has been received.   10:48 PM

Sunday, August 1, 2021

From ORR Command Center: Are you available to work beginning 08/02/2021? Please respond with yes or no.    5:4 ⌄

🖼  🖸  +  |    😊  ⑊

|||      ◯      <



2:10 ☎ 📧 ▣ 🖼 ✔ ✔ ✔ ✔ ✔ ✔ •   📶 .ull 🔋

**‹  Trips-ORR COM...**   📞  🔍  ⋮
+18445580659

From ORR Command Center: Are you available to work beginning 08/02/2021? Please respond with yes or no.   5:41 PM

No   5:41 PM

Your response has been received   5:42 PM

Friday, August 6, 2021

From ORR Command Center: Are you available to work beginning 08/07/2021? Please respond with yes or no.   7:25 AM

No   7:38 AM

Your response has been received   7:38 AM

Saturday, August 7, 2021

From ORR Command Center: Are you available to work beginning 08/08/2021? Please respond with yes or no.   7:0 ⌄

🖼  📷  +   ⬚   📷   ᴵᴵᴵ

|||   O   ‹



2:11

Trips-ORR COM...
+18445580659

From ORR Command Center: Are you available to work beginning 08/08/2021? Please respond with 'yes' or 'no'.
7:03 AM

7:04 AM   No

Your response has been received
7:04 AM

Sunday, August 8, 2021

From ORR Command Center: Are you available to work beginning 08/09/2021? Please respond with 'yes' or 'no'.
5:46 PM

5:47 PM   No

Your response has been received
5:47 PM

Monday, August 9, 2021

From ORR Command Center: Are you available to work beginning 08/10/2021? Please respond with 'yes' or 'no'.
1:2



2:11

Trips-ORR COM...
+18445580659

From ORR Command Center: Are you available to work beginning 08/10/2021? Please respond with yes or no.
1:21 AM

1:22 AM   No

Your response has been received   1:22 AM

Tuesday, August 10, 2021

From ORR Command Center: Are you available to work beginning 08/11/2021? Please respond with yes or no.
7:51 AM

9:33 AM   No

Your response has been received   9:33 AM

Wednesday, August 11, 2021

From ORR Command Center: Are you available to work beginning 08/12/2021? Please respond with yes or no.
7:1





2:11

< **Trips-ORR COM...**
+18445580659

From ORR Command Center: Are you available to work beginning 08/16/2021? Please respond with 'yes' or 'no'. — 5:46 PM

No — 6:07 PM

Your response has been received — 6:07 PM

**Tuesday, August 17, 2021**

From ORR Command Center: Are you available to work beginning 08/18/2021? Please respond with 'yes' or 'no'. — 9:58 AM

No — 10:57 AM

Your response has been received — 10:57 AM

**Wednesday, August 18, 2021**

From ORR Command Center: Are you available to work beginning 08/19/2021? Please respond with 'yes' or 'no'. — 5:4



2:11

**Trips-ORR COM...**
+18445580659

From ORR Command Center: Are you available to work beginning 08/19/2021? Please respond with yes or no.
5:44 PM

5:45 PM   No

Your response has been received   5:45 PM

**Thursday, August 19, 2021**

From ORR Command Center: Are you available to work beginning 08/20/2021? Please respond with yes or no.
6:05 AM

6:06 AM   No

Your response has been received   6:07 AM

**Friday, August 20, 2021**

From ORR Command Center: Are you available to work beginning 08/21/2021? Please respond with yes or no.
7:3



2:11 ∞ 📷 🔲 🖼 ✓ ✓ ✓ ✓ ✓ •    📶 ⚡

< **Trips-ORR COM...** 📞 🔍 ⋮
+18445580659

From ORR Command Center: Are you available to work beginning 08/21/2021? Please respond with yes or no.                 7:39 AM

7:40 AM  (No)

Your response has been received  7:40 AM

Monday, August 23, 2021

From ORR Command Center: Are you available to work beginning 08/24/2021? Please respond with yes or no.                 8:42 AM

8:42 AM  (No)

Your response has been received  8:42 AM

Tuesday, August 24, 2021

From ORR Command Center: Are you available to work beginning 08/25/2021? Please respond with yes or no.                 10:3

🖼  📷  +                     😎  �randıl

|||        O        <



2:12

< Trips-ORR COM...
+18445580659

From ORR Command Center: Are you available to work beginning 08/25/2021? Please respond with 'yes' or 'no'.                    10:30 PM

Wednesday, August 25, 2021

1:00 AM   No

Your response has been received   1:00 AM

From ORR Command Center: Are you available to work beginning 08/26/2021? Please respond with 'yes' or 'no'.                    5:30 PM

5:31 PM   No

Your response has been received   5:31 PM

Thursday, August 26, 2021

From ORR Command Center: Are you available to work beginning 08/28/2021? Please respond with 'yes' or 'no'.                    10:



2:12 ⬤ 🖾 🔘 🖼 ✓ ✓ ✓ ✓ ✓ • 🔋 .ıll 🔋

< **Trips-ORR COM...**   📞  Q  ⋮
  +18445580659

From ORR Command Center: Are you available to work beginning 08/28/2021? Please respond with 'yes' or 'no'    10:48 PM

Friday, August 27, 2021

No   4:12 AM

Your response has been received   4:12 AM

Saturday, August 28, 2021

From ORR Command Center: Are you available to work beginning 08/29/2021? Please respond with 'yes' or 'no'    8:10 PM

Sunday, August 29, 2021

No   12:57 AM

Your response has been received   12:57 AM

Monday, August 30, 2021

🖾   📷   +   |   😃   ıılı

III      O      <





2:12          ✓ ✓ ✓ ✓ ✓ •     📶 .ıll 🔋

<   **Trips-ORR COM...**   📞 🔍 ⋮
+18445580659

From ORR Command Center: Are you available to work beginning 09/01/2021? Please respond with 'yes' or 'no'.    9:43 AM

9:44 AM   No

Your response has been received   9:44 AM

Wednesday, September 1, 2021

From ORR Command Center: Are you available to work beginning 09/02/2021? Please respond with 'yes' or 'no'.    6:51 AM

6:52 AM   No

Your response has been received   6:52 AM

Sunday, September 5, 2021

From ORR Command Center: Are you available to work beginning 09/06/2021? Please respond with 'yes' or 'no'.    2:2

🖼 📷 + [      ] 📷 〰

|||     ◯     ‹



2:12 ∞ 🖼 🔲 🖾 ☑ ☑ ☑ ☑ ☑ • 📶 📶 🔋

< **Trips-ORR COM...** 📞 🔍 ⋮
  +18445580659

From ORR Command Center: Are you available to work beginning 09/06/2021? Please respond with 'yes' or 'no'. 2:21 AM

6:27 AM **No**

Your response has been received. 6:27 AM

From ORR Command Center: Are you available to work beginning 09/07/2021? Please respond with 'yes' or 'no'. 7:35 PM

7:36 PM **No**

Your response has been received 7:36 PM

Monday, September 6, 2021

From ORR Command Center: Are you available to work beginning 09/08/2021? Please respond with 'yes' or 'no'. 3:43 AM

7:20 AM

🖼 📷 ＋ [　　　] 📷 ⑊

||| 〇 〈



2:12

**Trips-ORR COM...**
+18445580659

'yes' or 'no'                    2:21 AM

6:27 AM   No

Your response has been received   6:27 AM

From ORR Command Center: Are you available to work beginning 09/07/2021? Please respond with 'yes' or 'no'   7:35 PM

7:36 PM   No

Your response has been received   7:36 PM

Monday, September 6, 2021

From ORR Command Center: Are you available to work beginning 09/08/2021? Please respond with 'yes' or 'no'   3:43 AM

7:20 AM   No

Your response has been received   7:20 AM



<



# Command Center 7

Mobile +1 571-895-3339



History



| | | | |
|---|---|---|---|
| Favorites | Edit | Share | More |

III          O          <

2:53

‹ History

**Aug 25 8:03 AM**
Outgoing call/Mobile/0 mins 50 sec

**Aug 25 7:10 AM**
Missed call/Mobile

**Aug 24 7:07 AM**
Outgoing call/Mobile/1 min 11 secs

**Aug 24 7:06 AM**
Incoming call/Mobile/0 mins 9 sec

**Aug 21 7:35 AM**
Incoming call/Mobile/0 mins 47 sec

8:45 

<



## Command Center 4
+1 571-479-0005 

 

View contact details

History

 **Today 3:32 AM**
Incoming call, 1 min 1 sec

 **Yesterday 10:01 PM**
Incoming call, 1 min 44 secs

 **Yesterday 8:34 PM**
Incoming call, 0 mins 59 sec


Favorites          Edit          Share          More

III          O          <



<



# Command Center 4
## +1 571-479-0005   

View contact details

History

📞 **Today 3:32 AM**
Incoming call, 1 min 1 sec

📞 **Yesterday 10:01 PM**
Incoming call, 1 min 44 secs

📞 **Yesterday 8:34 PM**
Incoming call, 0 mins 59 sec


Favorites


Edit


Share


More



8:47

Phone

Mom                                      9:52 AM

Command Center 4                         3:32 AM

Scam Likely (2)                          1:54 AM
+1 844-260-6340

Yesterday

Command Center 4                        10:01 PM

ORR Comnand Center                       8:59 PM

Command Center 4                         8:34 PM

Mobile +1 571-479-0005.
Incoming call, 0 mins 59 sec

Keypad     Recents     Contacts     Places



9:22

**Tablet**
+16262576615

Scam Likely (2)          1:54 AM
+1 844-260-6340

Yesterday

Command Center 4       10:01 PM

ORR Command Center     8:59 PM

Phone +1 956-328-3767
Outgoing call, 1 min 50 secs

Command Center 4       8:34 PM
                        MMS

**Command Center 4**
+1 571-479-0005

View contact details

History

Today 3:32 AM.
Incoming call, 1 min 1 sec

Yesterday 10:01 PM
Incoming call, 1 min 44 secs

Yesterday 8:34 PM



9:22   🔲 🔲 📍 🖼 ✓ ✓ ✓ ✓ ✓ •   ⚙ .il 🔒

⟨ **Tablet**      📞   🔍   ⋮
+16262576615

+1 571-479-0005

Jul 17, 2021

View contact details

History

📞 Today 3:32 AM
     Incoming call, 1 min 1 sec

📞 Yesterday, 10:01 PM
     Incoming call, 1 min 44 secs

📞 Yesterday 8:34 PM
                 MMS

**Lost wages missed 3 assignments because I am in San antonio**

📞 Mom           9:32 AM

📞 Command Center 4     9:32 AM

📞 Scam Likely (2)      1:54 AM
     +1 801-250-6340

Yesterday

📞 Command Center 4    10:01 PM

📞 ORR Command Center    9:59 PM
     Phone +1 956-328-3767
     Outgoing call, 1 min 50 secs

🖼    📷    +    (          😊 )   ｜｜｜

|||        ◯        ⟨



9:22

< **Tablet**
+16262576615

Yesterday

**Jul 17, 2021**

Command Center 4          10:01 PM

ORR Command Center       0.59 PM

Command Center 4          8:34 PM

Mobile +1 571-479-0005
Incoming call, 0 min 59 sec

MMS

**Command Center 4**
+1 571-479-0005

View contact details

History

Today 3:32 AM
Incoming call, 1 min 1 sec

Yesterday 10:01 PM
Incoming call, 1 min 44 secs

Yesterday 8:34 PM

Lost wages missed 3

6:28



# Command Center 4
## +1 571-479-0005 ✓

  

View contact details

History

Aug 30 7:22 AM
Incoming call, 0 mins 44 sec

Aug 26 10:09 AM
Incoming call, 0 mins 36 sec

Aug 21 7:19 AM
Incoming call, 1 min 20 secs

Aug 17 6:42 AM
Outgoing call, 1 min 46 secs



Favorites      Edit      Share      More

 





# Command Center 4
+1 571-479-0005

  

View contact details

History

☏ **Today 10:04 PM**
Incoming call, 1 min 11 secs

☏ **Yesterday 1:07 PM**
Incoming call, 1 min 31 secs

☏ **Jul 17 3:32 AM**
Incoming call, 1 min 1 sec





11:51

## +1 571-895-5194 ✓

Add note ✏️

History

📞 **Today 11:47 PM**
Incoming call, 2 mins 36 sec

📞 **Jul 4 1:49 AM**
Incoming call, 2 mins 28 sec

➕ Add    📤 Share    🚫 Block    ⋮ More

8:06 



# Command Center 4
## +1 571-479-0005 ⊘

  

---

View contact details

History

📞 **Jul 20 5:19 PM**
Incoming call, 1 min 40 secs

---

📞 **Jul 19 10:04 PM**
Incoming call, 1 min 11 secs

---

📞 **Jul 18 1:07 PM**
Incoming call, 1 min 31 secs

---

   
Favorites       Edit        Share        More

8:06



View contact details

History

📞 Jul 20 5:19 PM
Incoming call, 1 min 40 secs

📞 Jul 19 10:04 PM
Incoming call, 1 min 11 secs

📞 Jul 18 1:07 PM
Incoming call, 1 min 31 secs

📞 Jul 17 3:32 AM
Incoming call, 1 min 1 sec

📞 Jul 16 10:01 PM
Incoming call, 1 min 44 secs

📞 Jul 16 8:34 PM
Incoming call, 0 mins 59 sec



Favorites          Edit          Share          More

8:07

## Phone

| | | |
|---|---|---|
| 📞 | Ruben Carabaiio | 2:29 PM |
| 📞 | Mom | 11:54 AM |
| 📞 | Mom | 10:52 AM |
| 📞 | Mom (2) | 10:48 AM |

July 19, 2021

| | | |
|---|---|---|
| 📞 | +1 571-895-5194 ⊘ | 11:47 PM |
| 📞 | Mom | 10:08 PM |
| 📞 | Command Center 4 | 10:04 PM |
| 📞 | Mom | 9:57 PM |
| 📞 | (210) 618-5807 | 2:39 PM |

Keypad    Recents    Contacts    Places



11:06

# Command Center 4
## +1 571-479-0005

View contact details

History

Yesterday 6:24 AM
Outgoing call, 2 mins 5 sec

Jul 23 7:40 AM
Outgoing call, 2 mins 55 sec

Jul 22 4:15 PM
Outgoing call, 1 min 33 secs

Jul 20 5:19 PM
Incoming call, 1 min 40 secs

Jul 19 10:04 PM
Incoming call, 1 min 11 secs

Favorites          Edit          Share          More



11:06

 <

**Jul 23 7:40 AM**
Outgoing call, 2 mins 55 sec

**Jul 22 4:15 PM**
Outgoing call, 1 min 33 secs

**Jul 20 5:19 PM**
Incoming call, 1 min 40 secs

**Jul 19 10:04 PM**
Incoming call, 1 min 11 secs

**Jul 18 1:07 PM**
Incoming call, 1 min 31 secs

**Jul 17 3:32 AM**
Incoming call, 1 min 1 sec

**Jul 16 10:01 PM**
Incoming call, 1 min 44 secs

**Jul 16 8:34 PM**
Incoming call, 0 mins 59 sec

Favorites    Edit    Share    More





7:43

**Command Center 4**
+1 571-479-0005

View contact details

History

Today 7:39 AM
Outgoing call, 2 mins 29 sec

Today 5:30 AM
Missed call

Jul 29 9:59 PM
Incoming call, 2 mins 38 sec

5:03



## +1 571-895-3091 ⊘

Add note ✎

History

Today 5:00 AM
Incoming call, 1 min 5 secs

Add          Share          Block          More

5:03 

&lt;



# Command Center 4
+1 571-479-0005 

 

---

View contact details

History

  **Aug 4 1:43 PM**
Incoming call, 1 min 4 secs

---

  **Aug 3 6:13 PM**
Incoming call, 1 min 7 secs

---

  **Jul 31 7:48 AM**
Incoming call, 1 min 17 secs

---

Favorites     Edit     Share     More

      



5:37

< **Trips-ORR COM...**
+18445580659

From ORR Command Center: Are you available to work beginning 07/31/2021? Please respond with yes or no. — 8:47 PM

8:48 PM   No

Your response has been received — 8:48 PM

Sunday, August 1, 2021

From ORR Command Center: Are you available to work beginning 08/02/2021? Please respond with yes or no. — 3:41 PM

3:41 PM   No

Your response has been received — 3:42 PM

Friday, August 6, 2021

From ORR Command Center: Are you available to work beginning 08/07/2021? Please respond with yes or no. — 5:25 AM



# Phone

1 missed call

Today

📞  **Command Center 4**　　　9:51 AM

　　Mobile +1 571-479-0005 ⊘
　　Incoming call, 0 mins 56 sec

📞 💬 📹 ℹ️

📱  **Amer Auto Trans**　　　9:23 AM
　　+1 954-707-5150

📞  **Amer Auto Trans**　　　9:09 AM
　　+1 954-278-3865

Keypad　Recents　Contacts　Places

‖‖‖　　　○　　　≪



11:42

< 

**+1 571-895-5194**  ⊘

Add note ✎

History

📞 Today 11:39 PM
Incoming call, 1 min 51 secs

📞 Jul 19 11:47 PM
Incoming call, 2 mins 36 sec

📞 Jul 4 1:49 AM
Incoming call, 2 mins 28 sec

✛ Add          ⋖ Share          ⊘ Block          ⋮ More



10:52 🔵 ∞ 📍 📧 🖼 🔲                          📶 ▂

< **Trips-ORR COM...**          📞  Q  ⋮
  +18445580659

                              9:33 AM  No.

Your response has been received  9:33 AM

**Wednesday, August 11, 2021**

From ORR Command Center: Are
you available to work beginning
08/12/2021? Please respond with
yes or no.                       7:10 AM

                              7:14 AM  No.

Your response has been received  7:14 AM

**Thursday, August 12, 2021**

From ORR Command Center: Are
you available to work beginning
08/13/2021? Please respond with
yes or no.                       9:57 AM

                              10:45 AM  No.

Your response has been received  10:45 AM

🖼  📷  +  [                ]  📷  ⯬⯬⯬

     |||            ◯            <



10:52 🔟 ∞ 📍 🖾 🖼 🖬            📶 📶 🔋

< **Trips-ORR COM...**   📞  🔍  ⋮
  +18445580659

🔵 ( Your response has been received; )  5:47 PM

Monday, August 9, 2021

🔵 ( From ORR Command Center: Are
you available to work beginning
08/10/2021? Please respond with
yes' or 'no'. )  1:21 AM

1:22 AM  **No.**

🔵 ( Your response has been received )  1:22 AM

Tuesday, August 10, 2021

🔵 ( From ORR Command Center: Are
you available to work beginning
08/11/2021? Please respond with
yes' or 'no'. )  7:51 AM

9:33 AM  **No.**

🔵 ( Your response has been received. )  9:33 AM

Wednesday, August 11, 2021

🖼  📷  +  (  |          🙂  )  ᕁᕍᕁ

      |||            ◯            <



10:52 🔲 ∞ ♀ 🖼 🖼 🖼          📶 ⫶📶🔋

⟨  Trips-ORR COM...        📞  Q  ⫶
   +18445580659

                              7:38 AM  No

Your response has been received  7:38 AM

        Saturday, August 7, 2021

From ORR Command Center. Are
you available to work beginning
08/08/2021? Please respond with
yes or no.
                              7:03 AM

                              7:04 AM  No

Your response has been received  7:04 AM

        Sunday, August 8, 2021

From ORR Command Center. Are
you available to work beginning
08/09/2021? Please respond with
yes or no.
                              5:46 PM

                              5:47 PM  No

Your response has been received  5:47 PM

🖼   📷   +   (              ) 😊  ᛁᛁᛁ

      III        ◯        ⟨



10:52

Trips-ORR COM...
+18445580659

Your response has been received   10:48 PM

Sunday, August 1, 2021

From ORR Command Center: Are you available to work beginning 08/02/2021? Please respond with "yes" or "no".   5:41 PM

5:41 PM   No

Your response has been received   5:42 PM

Friday, August 6, 2021

From ORR Command Center: Are you available to work beginning 08/07/2021? Please respond with "yes" or "no".   7:25 AM

7:38 AM   No

Your response has been received   7:38 AM

Saturday, August 7, 2021



10:52 📱 ∞ 📍 🖼️ 🖼️ 🔲          📶 📶 🔋

< Trips-ORR COM...          📞  Q  ⋮
  +18445580659

                                    4:15 AM  Yes

Your response has been received  4:15 AM

Saturday, July 17, 2021

From ORR Command Center: Are
you available to work beginning
07/18/2021? Please respond with
yes or no.                    1:50 AM

                                    1:52 AM  Yes

Your response has been received.  1:52 AM

Friday, July 30, 2021

From ORR Command Center: Are
you available to work beginning
07/31/2021? Please respond with
yes or no.                    10:47 PM

                              10:48 PM  No

Your response has been received.  10:48 ⌄

🖼️  📷  +  [                ]  🎙️  ᶦᥣᶦᥣᶦ

          |||        ◯        <



10:52 🔳 ∞ ♥ 🖼 🖾 🖽                    📶 ▮

‹  **Trips-ORR COM...**    📞  🔍  ⋮
   +18445580669

From ORR Command Center: Are
you available to work beginning
07/10/2021? Please respond with
yes or no.
                              3:48 AM

Sunday, July 11, 2021

From ORR Command Center: Are
you available to work beginning
07/12/2021? Please respond with
yes or no.
                              2:07 PM

                2:08 PM   Yes

Your response has been received   2:08 PM

Tuesday, July 13, 2021

From ORR Command Center: Are
you available to work beginning
07/13/2021? Please respond with
yes or no.
                              4:11 AM

                4:14 AM  ❗  Yes

                4:15 AM   Yes
                          ⌄

6:09 

<



...

## Command Center 4
+1 571-479-0005

  

View contact details



History

📞 **Today 6:02 AM**
Incoming call, 1 min 23 secs

---

📞 **Aug 6 11:51 AM**
Incoming call, 0 mins 56 sec

---

📞 **Aug 4 3:43 PM**
Incoming call, 1 min 4 secs

---

                              
Favorites        Edit              Share              More

|||              O              



<

# Command Center 7
## +1 571-895-3339

  

View contact details

History

**Today 8:03 AM**
Outgoing call, 0 mins 50 sec

---

**Today 7:10 AM**
Missed call

---

**Yesterday 7:07 AM**
Outgoing call, 1 min 11 secs

---

**Yesterday 7:06 AM**
Incoming call, 0 mins 9 sec

---

**Aug 21 7:35 AM**

   
Favorites      Edit      Share      More

 

8:05 



# Command Center 7
## +1 571-895-3339

  

View contact details

History

📞 **Today 8:03 AM**
Outgoing call, 0 mins 50 sec

_____

📞 **Today 7:10 AM**
Missed call

_____

📞 **Yesterday 7:07 AM**
Outgoing call, 1 min 11 secs

_____

📞 **Yesterday 7:06 AM**
Incoming call, 0 mins 9 sec

_____

📞 **Aug 21 7:35 AM**
Incoming call, 0 mins 47 sec

               
Favorites        Edit        Share        More

|||                    





4:52

View contact details

History

Jul 31 7:48 AM
Incoming call, 1 min 17 secs

Jul 31 7:39 AM
Outgoing call, 2 mins 29 sec

Jul 31 5:30 AM
Missed call

Jul 29 9:59 PM
Incoming call, 2 mins 38 sec

Jul 29 9:46 PM
Outgoing call, 4 mins 52 sec

Jul 29 6:10 AM
Outgoing call, 4 mins 1 sec

Jul 28 10:56 AM
Outgoing call, 1 min 18 secs

Favorites       Edit       Share       More

**Command Center Request**

The Defendant  requested that command center stop calling the employees and subcontractors to provide them work request (Exhibit 14).  After that request by the Defendant, the Plainitff stopped receiving the work assignments from the command center.

Exhibit 14



7:50 📶

← **Post**
Pomona ORR / General

⋮

**Juan Cano**
Aug 25, 12:55 PM

To All TS's, You have been instructed in the past not to be calling Command Center for WO's as you are returning from assignments. And the Pomona office has been in contact with the Command Center and have advised them not to be calling our TS's to assign you as well. These actions cause's problems for both offices and is detrimental to the operation. So, allow the Pomona Supervisor's to provide the Command Center with an availability list every day from this point on. Check with a Supervisor upon your return to the Pomona office to place you on this list. Please confirm

👍2

**Guadalupe Ines castillo** · Aug 25, 12:55 PM
10-4

164 people will get your message

Reply 😊 📷 🎤

III        O        ‹

**Qualified For the Position**

In the Defendants document, the Defendant states that the reason the Plaintiff was not hired was

because the Plaintiff could not speak Spanish. Spanish was not a requirement when submitted

and as a result the Plaintiff meet all the requirements and should have been hired by the

Defendant (Exhibit 15).

Exhibit 15



Ro Corona, Federal Investigator
June 17, 2022
Page 3

Spanish Assessment Screening is pass/fail and requires applicants to answer a series of four simple questions in Spanish. For example, one of the questions is: "¿Porque le gusta trabajar con niños? / Why do you like working with children?" *See* Exhibit 4, Charging Party's Spanish Assessment Screening. Charging Party could not answer the questions in Spanish. Indeed, he did not even attempt to answer *any* of the questions. *See* Id. As a result, he failed his Spanish Assessment Screening and was not hired for the Bilingual Travel Youth Care Worker position. Ms. Campbell advised Charging Party if he became fluent in both English and Spanish, he would meet the requirements for the position and could reapply.

Charging Party did not reapply for a position with MVM and was never hired.

**III.   MVM DID NOT SUBJECT CHARGING PARTY TO DISCRIMINATION OR RETALIATION**

Charging Party's allegations of race discrimination and retaliation are without factual and legal merit and must be dismissed.

**A.      Charging Party's Race Discrimination Claim Is Entirely Without Merit**

Michael J. Holmes                                       Case No:2022CV05426

335 Kemper Street

San Antonio, TX 78207

(626) 373-4331

Plaintiff Pro Se Litigant


Michael J. Holmes,                                      Bexar County Courts

                                                        100 Dolorosa Street

        Plaintiff                            San Antonio TX, 78205

vs.

                                                        **Position Statement**

MVM INC.

        Defendant

## Table of Contents

1. Three Applications Were Submitted...page 3-4

2. The Defendant did Not Receive The Plaintiffs Application Before May 17th, 2021...page 5

3. Not Able To Be Rehired By the Defendant...page 5-7

4. Direct Message from the Plaintiffs Supervisor...page 7-8

5. Discrimination...page 9

6. No Spanish Question/s were Asked...page 9-14

7. Direct Contact with the Defendant...page 15-17

8. After The July 21st Interview... page 17

9. Temporary Duty Station Assignment Ended...page 20

10. Discrimination Based On Race...page 20-21

11. Three Reported Workplace Incidents... page 21

12. After Signing the First NDA...page 21

13. Direct Contact With The Defendant...page 22-24

14. The Old and New Job Requirements...page 25-49

15. Discrimination Based On Race...page 49-57

16. Work Assignments Received After July 15th, 2021...page 58-111

17. Command Center Request...page 112-113

18. Qualified For the Position...page 114

## Position Statement

### 15 Exhibits-Attached

### Hosea 12:6 Maintain love and justice.

---

**Three Applications Were Submitted**

The Plaintiff submitted three applications to the Defendant., one for their logistics position, and two for their Travel Youth Care Worker Position that did not have being fluent in Spanish as a requirement. (Exhibit 1).

Exhibit 1



7:41 ∞ 🖾 ▲                    ❌ 🗟 ⊿ 🖸

# Michael Holmes - Candidate Home

## My Tasks

No tasks to complete.

## Submitted Applications

3 items                                          ⌐⌐

| Job | Status | Actions |
|-----|--------|---------|
| Travel Youth Care Worker - ORR Pomona | Under consideration | Manag |
| Logistics Specialist | Under consideration | Manag |
| Travel Youth Care Worker | Under consideration | Manag |

Search for Jobs

|||          O          <

**The Defendant did Not Receive The Plaintiffs Application Before May 17th, 2021**

The Plaintiff applied for the Travel Youth Care Worker Position after the Plaintiff was hired by Headway Workforce Solutions, and Delta-T Group as a subcontractor for the Defendant on or around May 16th, 2021. The Plaintiff did not know about the Defendant until May, 2021.

---

**Not Able To Be Rehired By the Defendant**

On August 9th, 2021 at approximately 11:00am the Plaintiff called the Defendant to provide a update regarding the Plaintiffs progress in becoming fluent in Spanish. The Plaintiff began the conversation with a complete sentence spoken in Spanish. The Defendant stated "Michael it sounds good, and thank you for sending the email (Exhibit 2),

(Exhibit 2: Email-the Plaintiff also applied to be a logistics specialist for the Defendant)

## Re: R-2100701 Logistics Specialist  

 me

To campbells@mvminc.com

Jul 30, 2021 at 8:18 AM

✎ 1 attachment

Gracias.  Me entrevistaron el 21 de julio de 2021. A amazing person named Ms. Campbell interviewed me for the TS position. and stated  that she enjoyed the interview and that in approximately 3 months I can call back once I have become fluent in Spanish.
He estado estudiando y memorizando las oraciones y frases y me encanta. This opportunity and possibility is amazing. I love being apart of such a amazing organization, where everyone's goal is to help, and inspire everyone. 1 world 1 family.

> Show original message

however your supervisor told us that you are not eligible to be rehired". The Plaintiff asked the Defendant " what is the reason that was given to you". The Defendant said "there was no reason provided".

**Direct Message from the Plaintiffs Supervisor**

After the Plaintiffs phone call with the Defendant, the Plaintiff contacted n the Plaintiffs supervisor Mr. John Jackson via text message and the Plaintiff texted, "Buenos dias Mr. John Jackson. I spoke with Ms. Campbell, this morning at 10:32am and she explained that you informed her that I was terminated /fired. I asked her why, I was not eligible to be rehired and she stated you did not provide a reason. Is there any information you can provide me"? At 11:21am Mr. John Jackson replied via text message, Hi Michael you work for Delta. I don't have the ability or authority to say you're not eligible for rehire (Exhibit 3).

Exhibit 3



## Discrimination

The Plaintiff is a Black male that has be discriminated against by the Defendant because of the Plaintiffs race.

1) The Defendant has not interviewed a subcontractor (employed by Headway Workforce Solutions and Delta-T Group) of a different race, and 1)gave them a time frame to become fluent in Spanish 2) provided the applicant/subcontractor the direct number to call the Defendant to provide updates, to when that applicant/subcontractor will be ready to have a fluent conversation with the Defendant to fulfill the (alleged) requirement to speak fluent Spanish, then tell the applicant/subcontractor that the applicant's supervisor stated that the applicant/subcontractor could not be rehired by the Defendant that the applicant/subcontractor was never hired by.

**No Spanish Questions Were Asked**